**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1546**

_____

VAMSIDHAR VURIMINDI,

                Plaintiff - Appellant,

       v.

JASON LINK; KRISTOFFER SINGLETON; DAVID R. MITCHELL; MOIRA
RINGO; DOUGLAS BASHAR; JOHNNY WILLIAMS; JOHN DOHNAL;
ALISSANDRO CASTILLO; ROBERT ROSS; SUDHEER DHARANIKOTA; SUNIL
BALASHEB PATIL; AMIT KHARE; PETER WALTON; EUGENE WHITE;
RAJIV PRASAD KOLAGANI; PRATIBHASH CHATTOPADHYAY; JENNIFER
ERICKSON; SETH GILLESPIE; SHANA KEATING; GREGORY VALENTINE;
PRADEEP RAJAGOPAL; RAJIV PATNAIK; LEI ZHU; JOHN ESPEY;
SANJAY MISHRA; SANKAR RAMESH; KEVIN GIUSTI; SREEDHAR
MANJIGANI; JILL STOWE; PRANAB MAJUMBAR,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Thomas D. Schroeder,
District Judge.  (1:10-cv-00965-TDS-JEP)

_____

Submitted:  September 27, 2012     Decided:  October 1, 2012

_____

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Vamsidhar Vurimindi, Appellant Pro Se.  James Donald Cowan, Jr.,
ELLIS & WINTERS, LLP, Cary, North Carolina; Dixie Thomas Wells,
ELLIS & WINTERS, LLP, Greensboro, North Carolina; Christa Frank,
Mark B. Sheppard, MONTGOMERY, MCCRACKEN, WALKER & RHOADS,

Philadelphia, Pennsylvania, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vamsidhar Vurimindi appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Vurimindi's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Vurimindi v. Link</u>, No. 1:10-cv-00965-TDS-JEP (M.D.N.C. filed Mar. 26, 2012 & entered Mar. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>